**Dismiss and Opinion Filed May 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00363-CV

**COREY EASLEY, Appellant**
**V.**
**TAMICA BATTIE, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-15632**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

By motion filed April 29, 2014 appellant informs us he no longer desires to prosecute the

appeal and moves to dismiss it. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

140363F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

COREY EASLEY, Appellant

No. 05-14-00363-CV          V.

TAMICA BATTIE, Appellee

On Appeal from the 303rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 13-15632.
Opinion delivered by Justice FitzGerald.
Justices Moseley and O'Neill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Tamica Battie recover her costs, if any, of this appeal from appellant Corey Easley.

Judgment entered May 15, 2014

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE